**Adelaida STONE, a widow, et al., Plaintiffs–Appellees,**

v.

**John FITZPATRICK, an individual, et al., Defendants–Appellants.**

No. 02–15636.
D.C. No. CV–99–00426–WDB.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 15, 2003.

Decided Jan. 28, 2003.

Before HUG, ALARCÓN, and GRABER, Circuit Judges.

## ORDER *

After reviewing the briefs filed in this matter and the arguments of counsel, we AFFIRM the denial of the motions for summary judgment for the reasons set

---

* This order is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

forth by the district court in its orders dated July 31, 2001, and January 14, 2002.

AFFIRMED.